UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACY TOCKSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00020 ERW |
| ) | |
| STEVEN SPOENEMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court upon Plaintiff's Motion for An Additional Time to Depose Defendant Steven Spoeneman [doc. #53]. A hearing was held on January 9, 2009, and the Court heard arguments from the parties on the Motion. The Court has reviewed the documents provided by the Parties, and in view of the volume of disclosures, the Court feels that additional time is warranted. Plaintiff shall have up to seven (7) additional hours to depose Defendant Steven Spoeneman on the five hundred documents that were discussed at the hearing. However, Defendant Steven Spoeneman shall not be deposed on issues that were the subject of the previous deposition sessions, except he may be so deposed relating to the five to six hundred documents.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for An Additional Time to Depose Defendant Steven Spoeneman [doc. #53] is **GRANTED.** Plaintiff shall have up to seven (7) additional hours to depose Defendant Steven Spoeneman.

So Ordered this 9th Day of January, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE