UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACY TOCKSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00020 ERW |
| ) | |
| STEVEN SPOENEMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Motion for Additional Time to File Responses to Plaintiff's Pre-Trial Motions [doc. #139].

The pre-trial conference in this case is set for tomorrow, April 24, 2009 at 1:15 p.m. The Court instructed the Parties to file all responses and replies to the pending Motions in Limine and Motions to Strike before April 23, 2009 at 12:00 p.m. After the 12:00 p.m. deadline, the Court received the pending Motion. The Court finds that extending the deadline is not appropriate as Defendants can respond to Plaintiff's Second and Third Motions in Limine at the hearing tomorrow.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Additional Time to File Responses to Plaintiff's Pre-Trial Motions [doc. #139] is **DENIED.**

Dated this 23rd Day of April, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE